IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware Corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JADEAN TOWLE, <br><br> Defendant. | Case No. 2005-cv-4059-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on Plaintiffs' motion for judgment by default, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Plaintiffs and against Defendant as to all of the claims in this case.  Defendant shall pay Plaintiff the principal sum of $4,750, consisting of statutory damages of $4,500 and costs of this lawsuit of $250.  Defendant shall also be permanently enjoined as provided in paragraphs 3 and 4 of the Court's June 9, 2005 Order granting Plaintiffs' motion for judgment by default.

**DATE: June 9, 2005.**

							**NORBERT G. JAWORSKI, CLERK**

							**s/ Judith Prock, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
                         **J. PHIL GILBERT**
                         **U.S. District Judge**